```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 21233
   LASHON CANNON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3629

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/13/2007 and was not confirmed.

    The case was dismissed without confirmation 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
INDYMAC BANK          CURRENT MORTG         .00           .00           .00
INDYMAC BANK          SECURED NOT I      20750.19         .00           .00
PRO SE DEBTOR         DEBTOR ATTY           .00                         .00
TOM VAUGHN            TRUSTEE                                           .00
DEBTOR REFUND         REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       --------------        --------------
TOTALS                     .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE